# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:17CR3089 |
| vs. | |
| SHAWNDELL L. BURKE, | **DETENTION ORDER** |
| Defendants. | |

Defendant was previously released on conditions. She entered a plea of guilty today. At the close of the plea hearing, the court addressed whether Defendant should remain released given the facts stated in the release status report filed by pretrial services. (Filing No. 60).

Defendant was afforded a hearing on the issue. Based on the evidence presented, the court finds that permitting Defendant to remain in residential treatment poses a risk of harm to other facility residents, including but not limited to distracting from and undermining the efforts of St. Monica's staff members and residents in promoting the successful completion of drug treatment programming.

Accordingly,

IT IS ORDERED:

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of

the corrections facility must deliver the defendant to the United States marshal for a court appearance.

November 15, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge