May 13, 2020

4:17 cr 3089

Honorable Judge Gerrald,

My name is Shawndell Burke and I am an inmate at the Waseca Prison serving 54 months sentence. On April 2, 2020 I filed a reduction in sentence with Unit Team. C.M.C. Ms. Cummins. My 30 day wait period has expired. At this time I am humbly asking you for consideration of release based on my time served and the Pandemic Corvid 19. My actual out is October 21, 2020

Based on the recently Care Act, the Corona Relief act, and the Directives of Attorney General Barr I am seeking your condsideration for relief and a transfer to home confinement to complete my sentence. My request is based upon extraodiarry and compelling reasons.

In the B.O.P I am treated and monitored for: seizure disorder, blood pressure, on going colon issues and pre-diabetit syndrome. At home I would return to my private Physicans care. Probation has visited and approved my daughers home. Elizabeth Burke 2508 Chanticleer St. Grand Island NE. 68801  Phone # 308 383-1306 She will provide me transpertation as needed.

Thank you for any consideration in this matter.

Respectfully
Shawndell Burke

Shawndell Burke
30180047

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAY 1 8 2020

OFFICE OF THE CLERK

Shawndell Burke 30180047
Federal Correction Instuction
P.O. Box 1731
Waseca, MN 56093 -

MINNEAPOLIS MN 553

14 MAY 2020 PM 5 L

**RECEIVED**

MAY 18 2020

CLERK
U.S. DISTRICT COURT

Judge Gerrald
100 Centennial Mall north
586 Federal Building
Lincoln, NE - 68508 -

68508-382936